# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

ERIC S. MCFARLIN,

          Plaintiff,

v.                                                      Case No. 5:13-cv-204-Oc-18PRL

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.

## ORDER

THIS CAUSE comes for consideration on Plaintiff Eric S. McFarlin's appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner"), which the Court referred to United States Magistrate Judge Philip R. Lammens for a report and recommendation. No party filed a timely objection to the Report and Recommendation. Having reviewed Judge Lammens' Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Philip R. Lammens' Report and Recommendation (Doc. 18) is **APPROVED** and **ADOPTED**.
2. The Commissioner's final decision is **AFFIRMED**.
3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on this 23 day of June, 2014.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

-2-

Copies furnished to:
Counsel of Record